UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Shalena M Spence | Bankruptcy No.23-12994-AMC

Debtor

## OBJECTION OF CHAPTER 13 TRUSTEE
## TO CONFIRMATION OF PLAN OF DEBTOR

**AND NOW** comes Scott F. Waterman, Esq., Standing Chapter 13 Trustee, to object to confirmation of the chapter 13 plan of the Debtor, because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or Debtor has failed to provide information, evidence, or corrections to the petition, schedules, statements, or other documents filed by Debtor to enable the standing trustee to evaluate the Plan for confirmation, as follows:

Debtor(s) has/have failed to file amended schedules as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

Schedules I and J indicate that the debtor(s) will not be able to make all payments under the Plan and to comply with the Plan, in violation of 11 U.S.C. Section 1325 (a)(6).

**WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

Respectfully submitted,

*/s/ Scott F. Waterman*
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee